## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 196 MAL 2018

                    Respondent             :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

                 v.                   :

                                :

ERICK FINNEGAN,                    :

                     Petitioner              :

## ORDER


**PER CURIAM**

    **AND NOW**, this 31st day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.